U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAY 24  AM 9: 06

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Crim. No. 2:19-cr-79-1 |
| ) | |
| ALLAHJUAN CALHOUN, ) | (18 U.S.C. § 922(g)(1)) |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury charges:

1. On or about November 27, 2017, ALLAHJUAN CALHOUN was convicted in Vermont Superior Court of possessing 200 milligrams or more of a substance containing heroin, a crime punishable by imprisonment for a term exceeding one year.

2. On or about January 31, 2019, in the District of Vermont, the defendant ALLAHJUAN CALHOUN, a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce a firearm, to wit, a .38 caliber revolver.

(18 U.S.C. § 922(g)(1))

1

A TRUE BILL

███████
FOREPERSON


*Christina E. Nolan*
CHRISTINA E. NOLAN (GLW)
United States Attorney

Burlington, Vermont
May 23, 2019